UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOUG TORAMANIAN, | Case No.: 1:20-cv-01470- JLT |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

Manoug Toramanian seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying an pplication for Social Security benefits. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Plaintiff completed an application and affidavit on December 3, 2019. (Doc. 2) However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff is unemployed and his wife's income is $400 per month. (Doc. 2 at 1-2) In addition, he asserts he has a checking account with approximately $2,000. (*Id.* at 2) However, Plaintiff also indicates that he owns four homes and his income in the past twelve months included "[r]ent paymnets, interest or dividends." (*Id.*) A review of the limited information provided by Plaintiff indicates he believes the homes are valued at $200,000; $500,000; $200,000; and

1

$220,000—a total of over $1.1 million in real estate. According to Plaintiff, one of the homes is rented, his son pays the mortgage on the residence in which the family lives, and two of the homes are currently vacant "due to COVID-19." (*Id.* at 3) Plaintiff does not provide any information regarding how long the houses have been vacant, exactly how the pandemic has caused the vacancies, why they are vacant in light of near record lows in vacancy rates or explain his costs of living such that the Court may determine whether he is fully dependant upon another, who may pay the filing fee in this action.

      Therefore, Plaintiff is **ORDERED** to file, within twenty-one days of this order, an application that includes additional information regarding the properties owned, how Plaintiff is supporting himself, or his dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

    Dated:   **October 22, 2020**                   **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE