# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOUG TORAMANIAN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:20-cv-1470 JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 3, 2021<br><br>(Doc. 16) |

Previously, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to comply with the Court's scheduling order and failure to prosecute this case. (Doc. 16 at 2.) In the alternative, Plaintiff was directed to file an opening brief. (*Id.*) On August 17, 2021, Plaintiff timely filed the opening brief. (Doc. 17.) Accordingly, the Court **ORDERS**: the order to show cause dated August 3, 2021 (Doc. 16) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **August 18, 2021**          _ /s/ Jennifer L. Thurston
                                    CHIEF UNITED STATES MAGISTRATE JUDGE