# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOUG TORAMANIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-1470 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 20) |

On September 27, 2021, the parties stipulated for the Commissioner to have an extension of 45 days to respond to Plaintiff's opening brief. (Doc. 20.) Marcelo Illarmo, counsel for the Commissioner, asserts that the additional time is necessary due to the workload of the Region IX Office. (*Id.* at 1-2.) Plaintiff does not oppose the request, and it does not appear either party would be prejudiced by the delay. (*Id.* at 3.) Accordingly, the Court **ORDERS**:

1. The extension of time (Doc. 20) is **GRANTED**; and
2. The Commisioner **SHALL** file a response no later than **November 15, 2021**.

IT IS SO ORDERED.

Dated:   **September 27, 2021**          _ **/s/ Jennifer L. Thurston**
                                    CHIEF UNITED STATES MAGISTRATE JUDGE