**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANOUG TORAMANIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:20-cv-1470 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR A FURTHER EXTENSION OF TIME<br><br>(Doc. 22) |

On November 3, 2021, the parties stipulated for the Commissioner to have a further extension of thirty days to respond to Plaintiff's opening brief. (Doc. 22.) Marcelo Illarmo, counsel for the Commissioner, asserts that the matter is being transferred to another regional office due to the workload of the Region IX Office. (*Id.* at 1-2.) Mr. Illarmo reports the the additional time is necessary to coordinate the transfer and have another regional office draft the brief. (*Id.* at 2.) Notably, it does not appear either party would be prejudiced by the delay. (*Id.* at 3.) Accordingly, the Court **ORDERS**:

　　1.　　The extension of time (Doc. 22) is **GRANTED**; and

　　2.　　The Commisioner **SHALL** file a response no later than **December 15, 2021**.

IT IS SO ORDERED.

　　Dated:　**November 4, 2021**　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE